IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GORDIAN MEDICAL, INC., et al               :          CIVIL ACTION

                    v.                     :

GENTELL, INC., et al                       :          NO.  12-5582


O R D E R

AND NOW, TO WIT:  this 17th day of August, 2015, it having been reported

that the issues between the parties in the above action have been settled and upon Order

of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure

of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to

agreement of counsel without costs.


MICHAEL E. KUNZ, Clerk of Court


BY:___s/Charles J. Ervin_____
        Charles J. Ervin, Deputy Clerk